UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTERS FOR DISEASE CONTROL AND ) <br> PREVENTION, and U.S. DEPARTMENT OF ) <br> HEALTH AND HUMAN SERVICES, ) <br> ) <br> Defendants. ) <br> ) | Case No. 20-cv-1296 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's August 7, 2020, Minute Order, the parties, by and through their undersigned counsel, respectfully submit the following:

On May 15, 2020, Plaintiff American Oversight ("Plaintiff" or "American Oversight") filed this Freedom of Information Act ("FOIA") lawsuit against the Centers for Disease Control and Prevention ("CDC"), and its parent agency, the U.S. Department of Health and Human Services ("HHS") (collectively, "Defendants"). At issue in this FOIA lawsuit are six FOIA requests filed by American Oversight with the CDC, seeking, broadly speaking, documents related to the ongoing coronavirus pandemic and the government's response thereto (the "Subject FOIA Requests"). Also at issue in this FOIA lawsuit is the CDC's alleged policy, pattern, or practice of rejecting reasonably described FOIA requests based on its assumptions regarding the potential volume of responsive records, and not its staff's ability to identify responsive records.

The parties report the current status for the FOIA requests at issue in this case as follows:

Request Number 20-00781-FOIA (White House Communications Directives Request):

CDC re-opened this request and granted Plaintiff's June 23, 2020, request to expedite the response to this request. CDC completed its search for potentially responsive documents by the end of August and identified 27 pages of responsive documents. CDC anticipates that it will produce the non-exempt portions of the responsive documents by September 30, 2020.

Request Number 20-00789-FOIA (Agency Communications Directives Request):

CDC has re-opened this request and granted Plaintiff's June 23, 2020, request to expedite the response to this request. CDC completed its search for potentially responsive documents by the end of August and identified 50 pages of responsive documents that had previously been produced to Plaintiff in a response to another FOIA request. CDC so advised Plaintiff on September 15, 2020.

Plaintiff anticipates that further discussions between the parties regarding the scope of CDC's search for records responsive to this request will be necessary.

Request Number 20-00804-FOIA (Coronavirus Task Force Request):

On April 21, 2020, CDC notified Plaintiff that it had located 388 responsive pages and that those records had been referred to HHS (334 pages) and to the Department of State (4 pages) for response directly to Plaintiff. HHS denied Plaintiff's request for expedited processing of the referred records on July 24, 2020. HHS completed processing of the records by August 14, 2020, and then referred the responsive records to another government entity for consultation. HHS anticipates finalizing the consultation process and releasing the non-exempt portions of the responsive documents by September 30, 2020.

Request Number 20-00812-FOIA (Testing Directives Request):

A search was conducted but no responsive records were found. CDC will provide Plaintiff with a final response letter shortly.

Plaintiff anticipates that further discussions between the parties regarding the scope of CDC's search for records responsive to this request will be necessary.

Request Number 20-00949-FOIA (Coronavirus Sent Key Terms Request):

This request originally sought all email communications (including email messages, complete email chains, email attachments, and calendar invitations) sent by six specified agency officials containing any of 43 key terms. Following negotiations, the parties agreed that CDC would search emails (including attachments) sent by four agency officials containing one key term from January 15, 2020, through May 14, 2020. CDC located 1623 pages of responsive records and agreed to complete processing of these records by September 11, 2020. To the extent consultation is required with respect to any of these records, CDC stated that it would request that such review be completed by no later than October 23, 2020.

On September 11, 2020, CDC produced the non-exempt portions of 294 pages of responsive records. The remaining pages have been sent to HHS, the Executive Office of the President, and the Department of State for consultation.

Request Number 20-00969-FOIA (Testing Sent Key Terms Request):

This request originally sought all email communications (including email messages, complete email chains, email attachments, and calendar invitations) sent by six specified agency officials containing any of 34 key terms. CDC has granted Plaintiff's request for expedited treatment. Following discussions among the parties, the parties agreed to a narrowed request, involving three of the original custodians and 8 of the original key terms, with the addition of limiting terms for most searches, and limited to 15 attachments. CDC located 5,904 pages of

3

potentially responsive records, which may include attachments. CDC began processing the records responsive to this search after September 11, 2020, and anticipates that it will be able to provide a release schedule by September 30, 2020.

The parties will file a further joint status report on October 26, 2020.

The parties further anticipate that, following completion of processing and production of responsive, nonexempt documents, they will confer again as to whether there are any issues that can be resolved informally, including with respect to Plaintiff's claim that CDC has an alleged policy, pattern, or practice of rejecting FOIA requests. At that time, the parties can determine whether summary judgment briefing will be necessary.

Dated: September 16, 2020                     Respectfully Submitted,

*/s/ Christine H. Monahan*
Christine H. Monahan
D.C. Bar No. 1035590

Katherine Anthony
D.C. Bar No. 1630524

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5244
christine.monahan@americanoversight.org

*Counsel for Plaintiff*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1903
Email: carol.federighi@usdoj.gov

*Counsel for Defendants*