## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
AMERICAN OVERSIGHT,                     )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )          Case No. 20-cv-1296 (APM)
                                        )
CENTERS FOR DISEASE CONTROL AND         )
PREVENTION, and U.S. DEPARTMENT OF      )
HEALTH AND HUMAN SERVICES,              )
                                        )
        Defendants.                     )
_____)

### JOINT STATUS REPORT

Pursuant to the Court's October 27, 2020, Minute Order, the parties, by and through their

undersigned counsel, respectfully submit the following:

On May 15, 2020, Plaintiff American Oversight ("Plaintiff" or "American Oversight")

filed this Freedom of Information Act ("FOIA") lawsuit against the Centers for Disease Control

and Prevention ("CDC"), and its parent agency, the U.S. Department of Health and Human

Services ("HHS") (collectively, "Defendants").  At issue in this FOIA lawsuit are six FOIA

requests filed by American Oversight with the CDC, seeking, broadly speaking, documents

related to the ongoing coronavirus pandemic and the government's response thereto (the

"Subject FOIA Requests").  Also at issue in this FOIA lawsuit is the CDC's alleged policy,

pattern, or practice of rejecting reasonably described FOIA requests based on its assumptions

regarding the potential volume of responsive records, and not its staff's ability to identify

responsive records.

The parties report the current status of the FOIA requests at issue in this case as follows:

Request Number 20-00781-FOIA (White House Communications Directives Request):

CDC produced the non-exempt portions of the documents it had identified as responsive to this request on October 20, 2020. CDC's position is that its response to this request is complete. Plaintiff requested details from CDC regarding the search conducted. On October 26, 2020, CDC responded by providing a description of the searches it conducted.

On December 2, 2020, Plaintiff sent CDC a letter addressing the adequacy of the searches and requesting that custodial inquiries, *i.e.*, requests that custodians themselves conduct searches, in addition to the electronic searches of records using search terms, be made for this request as well as for Requests No. 20-00789 and 20-00812. CDC responded to this letter on January 8, 2021. Plaintiff is reviewing CDC's response.

Request Number 20-00789-FOIA (Agency Communications Directives Request):

As previously reported, after conducting a search it believes was reasonable, CDC identified 50 pages of responsive documents. These documents had previously been produced to Plaintiff by HHS in a response to FOIA request served on HHS. CDC so advised Plaintiff on September 15, 2020.

Plaintiff subsequently queried whether CDC was amenable to conducting any follow-up searches, as HHS was with regard to the similar request pending before HHS. On October 15, 2020, CDC responded by advising Plaintiff that any materials responsive to the CDC request could be captured by any follow-up searches conducted by HHS and that it would be duplicative and inefficient to CDC to also search for such materials if HHS will be searching for them.

On December 2, 2020, Plaintiff sent CDC a letter disputing this contention, addressing the adequacy of the searches, and requesting that custodial inquiries be made for this request as well as for Requests No. 20-00781 and 20-00812. CDC responded to this letter on January 8,

2021, producing one additional responsive document with that response.  Plaintiff is reviewing CDC's response.

Request Number 20-00804-FOIA (Coronavirus Task Force Request):

As previously reported, CDC notified Plaintiff that it had located 338 responsive pages and that those records had been referred to HHS (334 pages) and to the Department of State (4 pages) for response directly to Plaintiff.  In turn, HHS referred the responsive records in its custody to another government entity for consultation.  On September 30, 2020, HHS produced the nonexempt portions of 191 of the 334 pages in its custody, on December 18, 2020, it produced the nonexempt portions of the remaining 143 pages.  Defendants' position is that its response to this request is therefore complete.  Plaintiff's review of these records is ongoing.

Request Number 20-00812-FOIA (Testing Directives Request):

As previously reported, CDC conducted a search it believes was reasonable, but no responsive records were found.  Plaintiff requested details from CDC regarding the search conducted.  On October 15, 2020, CDC responded by providing a description of the searches it conducted.

On December 2, 2020, Plaintiff sent CDC a letter addressing the adequacy of the searches and requesting that custodial inquiries be made for this request as well as for Requests No. 20-00781 and 20-00789.  CDC responded to this letter on January 8, 2021.  Plaintiff is currently reviewing CDC's response.

Request Number 20-00949-FOIA (Coronavirus Sent Key Terms Request):

As previously reported, CDC located 1623 pages of records potentially responsive to the request as narrowed by the parties.  On September 11, 2020, CDC produced the non-exempt portions of 295 pages of responsive records.  With regard to these pages, Plaintiff has sought

further clarification regarding the exemptions claimed.  CDC has responded to some of Plaintiff's clarification requests and is working to provide responses to the other requests.

The remaining responsive pages were sent to other government entities for consultation. After receiving responses back, CDC produced an additional 716 pages on October 30, 2020, and 34 pages on December 15, 2020.  The remaining pages were either duplicates, out of scope, or blank pages.  CDC's position is that its response to this request is now complete.  Plaintiff's review of these records is ongoing.

Request Number 20-00969-FOIA (Testing Sent Key Terms Request):

CDC located 2,735 pages of records responsive to the request as narrowed by the parties, exclusive of attachments.  CDC planned to process approximately 700 pages a month.  On November 30, 2020, CDC produced 382 pages of responsive records, and on January 4, 2021, it produced 580 pages of responsive records.  CDC anticipates that the final release (with the exception of the release of pages sent to other agencies for consultation, as to which CDC is still awaiting a response) will be by the end of February 2021.

*     *     *     *     *

Since the parties' last Joint Status Report, they have also engaged in discussions regarding the preservation of records potentially responsive to the requests at issue in this matter. These discussions followed a December 10, 2020, letter from Representative James Clyburn, Chairman of the Select Subcommittee on the Coronavirus Crisis, to HHS Secretary Alex Azar and CDC Director Robert Redfield expressing concern at possible intentional document destruction related to the coronavirus crisis.[1]  In light of this letter, and the statement from a CDC official on which the letter was based, Plaintiff contacted CDC, seeking to ensure that

---

[1] Letter from Chairman James Clyburn to Sec'y Alex Azar & Dir. Robert Redfield, Dec. 10, 2020, https://www.politico.com/f/?id=00000176-4d2e-d3e7-a3ffdfbe09b50000.

records potentially responsive to the above-captioned litigation had not been deleted or otherwise destroyed and were not at risk of being deleted or destroyed going forward.  Over the course of the following week, CDC provided information and assurances that addressed many of Plaintiff's concerns, although certain of Plaintiff's concerns remain outstanding at this time. The parties will continue to attempt to resolve these issues.

*     *     *     *     *

[remainder of this page left blank]

The parties respectfully suggest that they file another joint status report on or before April 1, 2021.

Dated:  January 8, 2021                              Respectfully Submitted,

                                                    */s/ Christine H. Monahan*
                                                    Christine H. Monahan
                                                    D.C. Bar No. 1035590

                                                    Katherine Anthony
                                                    D.C. Bar No. 1630524

                                                    AMERICAN OVERSIGHT
                                                    1030 15th Street NW, B255
                                                    Washington, DC 20005
                                                    (202) 869-5244
                                                    christine.monahan@americanoversight.org

                                                    *Counsel for Plaintiff*


                                                    JEFFREY BOSSERT CLARK
                                                    Acting Assistant Attorney General
                                                    Civil Division

                                                    ELIZABETH J. SHAPIRO
                                                    Deputy Director, Federal Programs Branch

                                                    */s/ Carol Federighi*
                                                    CAROL FEDERIGHI
                                                    Senior Trial Counsel
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    P.O. Box 883
                                                    Washington, DC 20044
                                                    Phone: (202) 514-1903
                                                    Email: carol.federighi@usdoj.gov

                                                    *Counsel for Defendants*